

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 15, 2024**

_____

**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| **IN RE:** | **Case No.:**    **24-43507-ELM-11** |
| **RJ Hawk Transport Inc.**<br>82-5347984<br>3668 S. FM 51<br>Decatur, TX 76234 | **Chapter:**    **11** |
| **Debtor.** | |

### ORDER GRANTING EXTENSION OF TIME TO FILE LISTS, SCHEDULES, STATEMENTS, AND OTHER DOCUMENTS

Came on to be heard before the Court the *Debtor's Initial Motion Requesting an Extension of the Deadline to File Lists, Schedules, Statements, and Other Documents* ("**Motion**").  Upon consideration of the Motion, and upon the record therein, the Court finds:  (1) this Court has jurisdiction pursuant to 28 U.S.C. §1334 and that this matter is a core proceeding as defined in 28 U.S.C. §157(b); (2) notice of the Motion was proper and adequate, and that no other or further notice is necessary; and (3) the relief requested in the Motion is in the best interest of the Debtor,

the bankruptcy estate, and all interested parties.  After due deliberation and there being good

and sufficient cause, it is hereby

ORDERED that:

1.    The Motion is granted; and

2.    **RJ Hawk Transport Inc.**, shall have until **October 25, 2024**, to file the requisite

Schedules, Statements, and other Documents required by Section 521 of the Bankruptcy Code.

**### END OF ORDER ###**

**ORDER SUBMITTED BY:**

*/s/ Robert T. DeMarco*
_____

**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**    robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**    mike@demarcomitchell.com
1255 W. 15th Street, 805
Plano, TX 75075
**T**        972-578-1400
**F**        972-346-6791
***Proposed*** **Counsel for Debtor and
Debtor in Possession**