BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: RJ Hawk Transport Inc. | [48]Amended Chapter 11 plan filed by Debtor RJ Hawk Transport Inc. | Case # 24–43507–elm11 |
| DEBTOR | | |

**TYPE OF HEARING**

RJ Hawk Transport Inc.                      *VS*

**PLAINTIFF / MOVANT**                                          **DEFENDANT / RESPONDENT**

Robert DeMarco,
DeMarco–Mitchell PLLC

**ATTORNEY**                                                              **ATTORNEY**

**<u>EXHIBITS</u>**

Exhibits 1 –– 12 attached at Dkt [61] (179 pgs; 13 docs) Witness and Exhibit List filed by Debtor RJ Hawk Transport Inc.

Shelley Warren                        2/26/2025                  Edward L. Morris

REPORTED BY                        HEARING DATE            JUDGE PRESIDING