

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 11, 2025**

_____
**United States Bankruptcy Judge**

---

BTXN 056 (rev. 03/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| RJ Hawk Transport Inc. | § | Case No.:  24–43507–elm11 |
| | § | Chapter No.:  11 |
| Debtor(s) | § | |

## CHAPTER 11 POST–CONFIRMATION ORDER

The Court entered an order confirming a plan in this case. Pursuant to 11 U.S.C. §1106(a)(7) and Bankruptcy Rule 3022, to provide a schedule for final action in this case, it is therefore

**ORDERED** that all applications for the award of compensation or expenses, if any, for professional persons in this case and motions for administrative expenses, if any, shall be filed and served within 60 days after entry of this order, unless the confirmation order or plan provides otherwise. Objections to any application or motion must be filed within 21 days of service, and it is further

**ORDERED** that objections to claims, if any, shall be filed and served within 60 days after entry of this order, unless the confirmation order or plan provides otherwise. Responses to the objections must be filed within 30 days of service, and it is further

**ORDERED** that the Debtor(s) or plan proponent(s) shall obtain settings for hearings on all applications for the award of compensation or expenses and motions for administrative expenses, and, consistent with the notice requirements of Bankruptcy Rule 3007, to determine objections to claims, and it is further

**ORDERED** that the Debtor(s), plan proponent(s), or other responsible party, after substantial consummation as defined under 11 U.S.C. §1101(2), shall file an application for final decree, and it is further

**ORDERED** that if the application for final decree is not filed within 180 days of the entry of this Order, a status conference will be held on **September 10, 2025**, at **1:30 p.m. at https://us–courts.webex.com/meet/morris**, and it is further

**ORDERED** that if the Debtor(s), plan proponent(s) or other responsible party do(es) not appear at the status conference, the Court, on its own motion, may enter a final decree closing the case pursuant to Bankruptcy Rule 3022 or dismiss the case, and it is further

**ORDERED** that the Debtor(s) or plan proponent(s) shall certify that copies of this order were mailed to all creditors and other parties in interest within 14 days of entry of this order.

# # # End of Order # # #

United States Bankruptcy Court

Northern District of Texas

In re: Case No. 24-43507-elm

RJ Hawk Transport Inc. Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4                User: admin                Page 1 of 2

Date Rcvd: Mar 13, 2025           Form ID: pdf019            Total Noticed: 8

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | RJ Hawk Transport Inc., 3668 S. FM 51, Decatur, TX 76234-8807 |
| aty | + | DeMarco Mitchell, PLLC, 12770 Coit Road, Suite 850, Dallas, TX 75251-1364 |
| cr | + | Mitsubishi HC Capital America, Inc. f/k/a Hitachi, The Magnozzi Law Firm, PC, 23 Green Street, Suite 302, Huntington, NY 11743-3336 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 13 2025 21:53:08 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 13 2025 21:40:00 | AmeriCredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | | Email/Text: ecf@writofseizure.com | Mar 13 2025 21:40:00 | Equify Financial LLC, c/o Wright Law Group PLLC, P.O. Box 105603, PMB 84356, Atlanta, GA 30348-5603 |
| cr | + | Email/Text: ecffilings@padfieldstout.com | Mar 13 2025 21:40:00 | Midland States Bank d/b/a Midland Equipment Financ, c/o Padfield & Stout, LLP, 100 Throckmorton Street, Suite 700, Fort Worth, TX 76102-2837 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Mar 13 2025 21:40:00 | Wise County, Linebarger, Goggan, Blair & Sampson, LLP, c/o John K. Turner, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0539-4                          User: admin                                    Page 2 of 2
Date Rcvd: Mar 13, 2025                      Form ID: pdf019                                Total Noticed: 8

Date: Mar 15, 2025                        Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dawn Whalen Theiss | on behalf of Creditor Small Business Administration dawn.theiss@usdoj.gov brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov |
| Dawn Whalen Theiss | on behalf of Creditor United States Of America Internal Revenue Service dawn.theiss@usdoj.gov brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov |
| John Kendrick Turner | on behalf of Creditor Wise County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| Katharine B. Clark -SBRA V | on behalf of Trustee Katharine B. Clark -SBRA V KClark@ThompsonCoburn.com smeiners@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;KClark@ecf.axosfs.com;lbrasher@thompsoncoburn.com; hfischer@thompsoncoburn.com |
| Katharine B. Clark -SBRA V | KClark@ThompsonCoburn.com smeiners@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;KClark@ecf.axosfs.com;lbrasher@thompsoncoburn.com; hfischer@thompsoncoburn.com |
| Kelsey Linendoll, I | on behalf of Creditor Midland States Bank d/b/a Midland Equipment Finance klinendoll@padfieldstout.com |
| Matthew Joseph Lee | on behalf of Creditor Equify Financial LLC mjl@replevin.com ecf@writofseizure.com |
| Robert Thomas DeMarco | on behalf of Debtor RJ Hawk Transport Inc. robert@demarcomitchell.com barbara@demarcomitchell.com;mike@demarcomitchell.com;robert_783@ecf.courtdrive.com |
| Sidney H. Scheinberg | on behalf of Creditor Wintrust Specialty Finance SScheinberg@GodwinBowman.com sidscheinberg@me.com;ciskandarani@GodwinBowman.com;TSides@GodwinBowman.com;kwitcher@godwinbowman.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 10