**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| IN RE: | Case No.:  24-43507-ELM-11 |
| **RJ Hawk Transport Inc.**<br>82-5347984<br>3668 S. FM 51<br>Decatur, TX 76234<br>**Debtor.** | Chapter:  11 |

**NOTICE OF EFFECTIVE DATE**

**PLEASE TAKE NOTICE** that **RJ Hawk Transport Inc.** (the "**Debtor**") confirmed *Debtor's Amended Plan of Reorganization [Dated December 30, 2024]* [Docket Entry No. 48] ("**Plan**") by order entered March 10, 2025 [Docket Entry No. 65] ("**Order**").

**PLEASE TAKE FURTHER NOTICE** of the following important dates/deadlines:

| | |
|---|---|
| **Effective Date** | March 24, 2025 |
| **Deadline to Object to Claims** | June 22, 2025 |
| **Deadline to File Administrative Claim** | June 22, 2025 |

Respectfully submitted,

Dated: **March 25, 2025**

*/s/ Robert T. DeMarco*
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**   robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**   mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
T          972-991-5591
F          972-346-6791
**Counsel for Reorganized Debtor**

**CERTIFICATE OF SERVICE**

The undersigned counsel herby certifies that true and correct copies of the foregoing pleading and all attachments were served upon all parties listed below in accordance with applicable rules of bankruptcy procedure on this **25th day of March 2025**. Where possible, service was made electronically via the Court's ECF noticing system, email or via facsimile transmission where an email address or facsimile number is set forth below.  Where such electronic service

was not possible, service was made via regular first-class mail.

## DEBTOR

**RJ Hawk Transport Inc.**
3668 S. FM 51
Decatur, TX 76234

## TRUSTEES

**Office of the United States Trustee**
1100 Commerce Street, Room 976
Dallas, TX 7520

**Katharine Battaia Clark, SUBV Trustee**
Thompson Coburn LLP
2100 Ross Avenue, Ste. 3200
Dallas, TX 75201
kclark@thompsoncoburn.com

## SEE ATTACHED MATRIX

/s/ Robert T. DeMarco
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**   robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**   mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
T        972-991-5591
F        972-346-6791

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-4<br>Case 24-43507-elm11<br>Northern District of Texas<br>Ft. Worth<br>Mon Mar 17 22:26:42 CDT 2025 | Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | AmeriCredit Financial Services, Inc. dba GM<br>PO Box 183853<br>Arlington, TX 76096-3853 |
| DeMarco Mitchell, PLLC<br>12770 Coit Road, Suite 850<br>Dallas, TX 75251-1364 | Equify Financial LLC<br>c/o Wright Law Group PLLC<br>P.O. Box 105603<br>PMB 84356<br>Atlanta, GA 30348-5603 | Midland States Bank d/b/a Midland Equipment<br>c/o Padfield & Stout, LLP<br>100 Throckmorton Street, Suite 700<br>Fort Worth, TX 76102-2837 |
| Mitsubishi HC Capital America, Inc.  f/k/a H<br>The Magnozzi Law Firm, PC<br>23 Green Street, Suite 302<br>Huntington, NY 11743-3336 | RJ Hawk Transport Inc.<br>3668 S. FM 51<br>Decatur, TX 76234-8807 | Wise County<br>Linebarger, Goggan, Blair & Sampson, LLP<br>c/o John K. Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 |
| 501 W. Tenth Street<br>Fort Worth, TX 76102-3637 | Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 |
| Attorney General of Texas<br>OAG/CSD/Mail Code 38<br>PO Box 12017<br>Austin, TX 78711-2017 | Attorney General of the United States<br>Main Justice Bldg., Rm. 5111<br>10th & Constitution Ave. N.W.<br>Washington, DC 20503-0001 | Cit Bank<br>155 Commerce Way<br>Portsmouth, NH 03801-3243 |
| Dallas County Tax-Assessor Collector<br>500 Elm St Ste 3300<br>Dallas, TX 75202-3330 | Equify<br>777 Main Street Suite 3900<br>Fort Worth, TX 76102-5343 | (p)FIRST CITIZENS BANK AND TRUST COMPANY<br>10201 CENTURION PARKWAY N STE 100<br>JACKSONVILLE FL 32256-4114 |
| Internal Revenue Service<br>1100 Commerce St. MC 5027DAL<br>Dallas, TX 75242-1100 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jeremiah B. Hayes<br>15851 N. Dallas Pkwy. Ste. 410<br>Addison, TX 75001-6014 |
| Mark F. Magnozzi<br>The Magnozzi Law Firm, PC<br>23 Green Street, Suite 302<br>Huntington, NY 11743-3336 | (p)MARLIN BUSINESS CORPORATION<br>ATTN F/K/A MARLIN BUSINESS BANK<br>300 FELLOWSHIP ROAD<br>MOUNT LAUREL NJ 08054-1727 | Midland<br>PO Box 24245<br>Seattle, WA 98124-0245 |
| Midland States Bank d/b/a Midland Equipment<br>c/o Kelsey N. Linendoll<br>Padfield & Stout, LLP<br>100 Throckmorton Street, Suite 700<br>Fort Worth, Texas 76102-2837 | Mitsubishi H Capital America, Inc. f/k/a Hit<br>c/o Mark F. Magnozzi, The Magnozzi Law F<br>23 Green Street, Suite 302<br>Huntington, NY 11743-3336 | Mitsubishi HC Capital America, Inc.<br>c/o The Magnozzi Law Firm, PC<br>Mark F. Magnozzi<br>23 Green Street, Suite 302<br>Huntington, NY 11743-3336 |
| Mulligan Funding LLC<br>4715 Viewridge Ave. Ste. 100<br>San Diego, CA 92123-1628 | Office of the Attorney General<br>Bankruptcy-Collections Division<br>Po Box 12548<br>Austin, TX 78711-2548 | Omar JImenez<br>3668 S FM 51<br>Decatur, TX 76234-8807 |

```
Omar R. Jumenez                      Peac Solutions                          Sandra Jimenez
3668 S FM 51                         PO Box 13604                            3668 S FM 51
Decatur, TX 76234-8807               Philadelphia, PA 19101-3604             Decatur, TX 76234-8807


Small Business Administration        Texas Attorney General's Office         (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
14925 Kingsport Road                 Bankruptcy Collection Division          REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
Fort Worth, TX 76155-2243            PO Box 12548                            PO BOX 13528
                                     Austin, TX 78711-2548                   AUSTIN TX 78711-3528


Texas Workforce Commission           U.S. Securities & Exchange Comm.        U.S. Small Business Administration
TEC Building - Bankruptcy            Fort Worth Regional Office              4300 Amon Carter Blvd Suite 114
101 E 15th St                        801 Cherry St Ste 1900 Unit 18          Fort Worth, TX 76155-2652
Austin, TX 78778-1442                Fort Worth, TX 76102-6819


United States Attorney               United States Small Business Administration   United States Trustee
1100 Commerce Street, 3rd Fl.        150 Westpark Way                        1100 Commerce Street
Dallas, TX 75242-1074                Suite 130                               Room 976
                                     Euless, TX 76040-3705                   Dallas, TX 75242-0996


Wintrust Specialty Finance           Wise County                             Katharine B. Clark -SBRA V
a division of Beverly Bank & Trust, NA   Linebarger Goggan Blair & Sampson, LLP   Thompson Coburn LLP
2050 Main St. Ste. 230               c/o John Kendrick Turner                2100 Ross Avenue, Suite 3200
Irvine, CA 92614-8264                2777 N. Stemmons Freeway                Dallas, TX 75201-6704
                                     Suite 1000
                                     Dallas, TX 75207-2328

Robert Thomas DeMarco
Robert Demarco
12770 Coit Road
Suite 850
Dallas, TX 75251-1364
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
AmeriCredit Financial Services, Inc.   First Citizens Bank & Trust Company    Marlin Business Corporation fka Marlin Busin
dba GM Financial                       10201 Centurion PKWY N                 300 Fellowship Road
P O Box 183853                         Jacksonville, FL 32256                 Mount Laurel, NJ 0805
Arlington, TX 76096


Texas Comptroller of Public Accounts
Bankruptcy Section
Po Box 13528
Austin, TX 78711-3528
```

                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Small Business Administration

(u)United States Of America Internal Revenue

(u)Wintrust Specialty Finance

(d)Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(d)AmeriCredit Financial Services, Inc. dba G
P O Box 183853
Arlington, TX 76096-3853

(d)Equify Financial LLC
c/o Wright Law Group, PLLC
P.O. Box 105603
PMB 84356
Atlanta, GA 30348-5603

(d)Internal Revenue Service -
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

End of Label Matrix
Mailable recipients    45
Bypassed recipients     7
Total                  52